THE O'MARA LAW FIRM, P.C.
WILLIAM M. O'MARA (Nevada Bar No. 837)
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV  89501
Telephone: 775/323-1321
775/323-4082 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DAVID C. WALTON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELLIOT GREENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>A-POWER ENERGY GENERATION SYSTEMS, LTD., JINXIANG LU and KIN KWONG MAK,<br><br>                              Defendants. | Case No.<br><br>CLASS ACTION<br><br>COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS<br><br><br><br><br><br>DEMAND FOR JURY TRIAL |

## INTRODUCTION

1. This is a securities class action on behalf of all persons who purchased or otherwise acquired the common stock of A-Power Energy Generation Systems, Ltd. ("A-Power" or the "Company") between August 27, 2009 and June 27, 2011, inclusive (the "Class Period"), against A-Power and certain of its officers and/or directors for violations of the Securities Exchange Act of 1934 ("1934 Act").

2. A-Power is engaged in providing onsite distributed power generation systems and micro power grids for industrial companies. It is engaged in the design, construction, installation and testing of integrated distributed power generation systems and micro power grids as stand-alone facilities, primarily in the People's Republic of China and Southeast Asia, for various customers in the steel, chemical, ethanol, cement and food industries.

3. During the Class Period, defendants issued materially false and misleading statements regarding the Company's business and financial results. Specifically, defendants lack adequate internal controls to properly account for A-Power's related-party transactions. As a result of defendants' false statements, A-Power's stock traded at artificially inflated prices during the Class Period, reaching a high of $20.55 per share on December 22, 2009.

4. On June 17, 2011, A-Power issued a press release announcing that a member of the Board, Robert G. Leckie, had resigned from the Company's Board of Directors, due to his views on process and best practices not being shared throughout the Company.

5. On this news, A-Power stock dropped $0.40 per share to close at $1.85 per share on June 17, 2011– a one day decline of over 17% on volume of nearly 2.2 million shares.

6. On June 17, 2011, *Seeking Alpha* published an article, which stated in part:

- APWR has a history of internal weaknesses over financial controls, which has resulted in an adverse opinion from A-Power's independent auditor. A-

- 1 -

Power's auditor issued an adverse opinion in the 2009 audit and APWR has yet to publish its 2010 audited financial statements.

- Management's compensation structure is egregious, offering enormous bonuses on an all-or-none basis for achieving lofty performance goals.

- SAIC [State Administration for Industry and Commerce] filings show that APWR is reporting significantly lower revenue and profit to the authorities in China. For 2009, SAIC filings showed approximately $25 million of revenue, compared to $311 million in SEC filings.

7. Then, on June 27, 2011, A-Power issued a press release announcing MSCM LLP ("MSCM"), the Company's auditor, had resigned, stating MSCM's resignation was due to the Company's non-retention of a qualified independent forensic accounting firm to evaluate "certain business transactions that MSCM stated was necessary for MSCM to complete its audit of the Company's financial statements for the year ended December 31, 2010 on a timely basis." Moreover, the Company acknowledged that it would be delayed in filing its Form 20-F for the fiscal year ending December 31, 2010, due in part to MSCM's resignation.

8. After this news, on June 27, 2011, after the market closed, NASDAQ halted trading of A-Power stock at $1.67 per share due to the resignation of the Company's auditor, which forced the delay of its annual report.

9. The true facts, which were known by the defendants but concealed from the investing public during the Class Period, were as follows:

(a) A-Power improperly accounted for its related-party transactions such that its financial statements were presented in violation of Generally Accepted Accounting Principles ("GAAP"); and

(b) A-Power's revenues and income were misstated in violation of GAAP.

10. As a result of defendants' false statements, A-Power's stock traded at artificially inflated levels during the Class Period. However, after the above revelations seeped into the market,

the Company's shares were hammered by massive sales, sending them down nearly 92% from their Class Period high.

## JURISDICTION AND VENUE

11. Jurisdiction is conferred by §27 of the 1934 Act. The claims asserted herein arise under §§10(b) and 20(a) of the 1934 Act and SEC Rule 10b-5.

12. Venue is proper in this district pursuant to §27 of the 1934 Act. Many of the false and misleading statements were made in or issued from this district.

13. A-Power is based in China with a subsidiary in Nevada. Certain of the acts and conduct complained of herein, including the dissemination of materially false and misleading information to the investing public, occurred in this district.

14. In connection with the acts and conduct alleged in this complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails and interstate wire and telephone communications.

## PARTIES

15. Plaintiff Elliot Greenberg purchased the common stock of A-Power during the Class Period as set forth in the certification attached hereto and was damaged as the result of defendants' wrongdoing as alleged in this complaint.

16. Defendant A-Power is engaged in providing onsite distributed power generation systems and micro power grids for industrial companies.

17. Defendant Jinxiang Lu ("Lu") is, and at relevant times was, Chairman of the Board and Chief Executive Officer ("CEO") of A-Power.

18. Defendant Kin Kwong Mak ("Mak") is, and at relevant times was, Chief Financial Officer ("CFO") of A-Power.

19. Defendants Lu and Mak (the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of A-Power's quarterly reports, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. They were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions with the Company, and their access to material non-public information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false statements pleaded herein.

## FRAUDULENT SCHEME AND COURSE OF BUSINESS

20. Defendants are liable for: (i) making false statements; or (ii) failing to disclose adverse facts known to them about A-Power. Defendants' fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of A-Power common stock was a success, as it: (i) deceived the investing public regarding A-Power's prospects and business; (ii) artificially inflated the price of A-Power common stock; and (iii) caused plaintiff and other members of the Class to purchase A-Power common stock at inflated prices.

## CLASS ACTION ALLEGATIONS

21. Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons who purchased or otherwise acquired A-Power common stock during the Class Period (the "Class"). Excluded from the Class are defendants and their families, the officers and directors of the Company, at all relevant times, members of their

immediate families and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

22. The members of the Class are so numerous that joinder of all members is impracticable. The disposition of their claims in a class action will provide substantial benefits to the parties and the Court. A-Power has 46 million shares of stock outstanding, owned by hundreds if not thousands of persons.

23. There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to the members of the Class which predominate over questions which may affect individual Class members include:

    (a) whether the 1934 Act was violated by defendants;

    (b) whether defendants omitted and/or misrepresented material facts;

    (c) whether defendants' statements omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

    (d) whether defendants knew or deliberately disregarded that their statements were false and misleading;

    (e) whether the price of A-Power common stock was artificially inflated; and

    (f) the extent of damage sustained by Class members and the appropriate measure of damages.

24. Plaintiff's claims are typical of those of the Class because plaintiff and the Class sustained damages from defendants' wrongful conduct.

25. Plaintiff will adequately protect the interests of the Class and has retained counsel who are experienced in class action securities litigation. Plaintiff has no interests which conflict with those of the Class.

26. A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

## BACKGROUND

27. A-Power is primarily engaged in providing onsite distributed power generation systems and micro power grids for industrial companies. It is engaged in the design, construction, installation and testing of integrated distributed power generation systems and micro power grids as stand-alone facilities, primarily in the People's Republic of China and Southeast Asia, for various customers in the steel, chemical, ethanol, cement and food industries. A-Power designs projects, subcontracts its construction and installation to third-party subcontractors and conducts testing on completed projects before handing them over to customers. The size of its projects range from 5 megawatts to 400 megawatts. In addition, its distributed power generation systems utilizing biomass gasification processes allows the customers to utilize various waste products to produce electricity or recover energy.

## DEFENDANTS' FALSE AND MISLEADING STATEMENTS ISSUED DURING THE CLASS PERIOD

28. On August 27, 2009, A-Power issued a press release announcing its unaudited second quarter 2009 financial results. The Company reported net income of $6.3 million, or $0.14 diluted earnings per share ("EPS"), and revenue of $57.5 million for the quarter ending June 30, 2009.

29. On December 3, 2009, A-Power issued a press release announcing its unaudited third quarter 2009 financial results. The Company reported net income of $9.8 million, or $0.28 diluted EPS, and revenue of $96.7 million for the quarter ending September 30, 2009. The press release also stated in part:

> "We continue to make key strategic advancement in our wind turbine business, as we see the Chinese wind energy market is moving towards bigger turbines with proven track records. Our partnerships with GE and Fuhrlander

demonstrated their strong endorsement on A-Power's engineering capability and production capacity, which also started to gain traction from wind farms in both China and other geographic markets," said Mr. Jinxiang Lu, A-Power's Chairman and CEO. "On the DG side of our business, together with government backed Shenyang Power Group, we are well positioned to win high-profile contracts for DG systems and micro power grids both in China and overseas."

Mr. Lu continued, "Our DG business progressed well during the third quarter. Fourteen out of our total 17 projects were under construction according to their respective schedules. As the Chinese government continues to emphasize energy conservation and encourages green technology applications, our DG business remains strong and our track records continue to extend. We also started our DG project in Thailand in December."

30. Shortly after this release, A-Power's stock shot up to above $20 per share as A-Power prepared to complete a private placement.

31. Then, following the private placement, A-Power filed a Form 6-K which revealed several adverse developments, including:

On July 10, 2009 Shenyang Power Group Company Limited ("SPG"), a 60%-owned subsidiary of the Company, signed a Memorandum of Understanding ("MOU") with Macau Natural Gas Co., Ltd. ("MNG") to construct an offshore liquefied natural gas ("LNG") complex to import, store and re-gasify LNG and to distribute natural gas to Macau and elsewhere. The MOU contemplates establishment of a project company to undertake the construction of the LNG terminals. Although the parties anticipated signing definitive agreements prior to December 31, 2009, certain licenses and approvals from the China National Development and Reform Commission ("NDRC") and the local Macau government required for the project have yet to be obtained, and the parties *have postponed completion of definitive agreements. Unless such licenses and approvals are obtained, the Company does not expect that the parties will complete definitive agreements to proceed with this project.*

\* \* \*

The Company is in the process of developing and implementing remediation plans to improve its internal control over financial reporting. Management of the Company expects to complete its remediation activities with respect to additional inadequacies in its internal control by the fourth quarter of 2010. *Notwithstanding management's remediation activities, the Company expects to receive a qualified report related to its internal controls from its independent auditors in connection with the Company's upcoming annual report filing on Form 20-F for fiscal year ended December 31, 2009.*

- 7 -

32. A-Power's stock collapsed back below $12.50 per share upon these disclosures, but continued to be artificially inflated as defendants concealed the extent of the Company's accounting problems.

33. On March 31, 2010, A-Power issued a press release announcing its fourth quarter 2009 financial results. The Company reported non-GAAP net income of $20.6 million, or $0.61 diluted EPS, and revenue of $125.9 million for the quarter ending December 31, 2009. The Company further reported annual net revenue increased to $311.3 million for its fiscal year ended December 31, 2009. Additionally, A-Power provided its guidance for 2010, forecasting net sales of approximately $380 million and net income of approximately $45 million. The release stated in part:

> "We are very pleased with our fourth quarter results and continued delivery of annual growth featuring both our award-winning distribution power generation turn-key contract services and emerging wind turbine production. As China has demonstrated its economic resilience throughout the global financial crisis and renewed its growth momentum driven by further infrastructure build-out and rapid urbanization, power generation continues to stay in the lime light. Whether our DG micro-grid to complement often stressed state grids, or our large wind turbines to provide better economies of scale, A-Power focuses on bringing the best cost-effective solutions to the marketplace. While we are aligning our strategic positions in Japan and US, our goal remains intact by leveraging best-of-breed renewable technologies to benefit the vast end users and maximize our shareholders' long-term value."

34. On June 10, 2010, A-Power issued a press release announcing its unaudited first quarter 2010 financial results. The Company reported net income of $29.3 million, or $0.64 diluted EPS, and revenue of $67.3 million for the quarter ending March 31, 2010. The release stated in part:

> Mr. Jinxiang Lu, A-Power's Chairman and CEO commented, "We are very excited with our strong revenue growth and solid gross margin expansion in the first quarter. Although the first quarter is typically a slow season in our DG activities in most parts of China due to the winter weather condition, we set new records for both revenue and net income growth in first quarter of 2010. Our geographic diversification into southern China and international projects are contributing more DG revenues. Our wind turbine business continues to gain traction and we remain confident in the market outlook, as our larger turbines are receiving favorable

consideration in China, and the outlook for future turbine exports also appears promising. With more components arriving and our production expanding, we are continuing to move forward on all facets of our wind turbine business, both domestically and internationally. On the financial side, we continued to work to strengthen our balance sheet and manage our cash flow to prepare ourselves for further expansion during 2010."

35. On August 26, 2010, A-Power issued a press release announcing its second quarter 2010 financial results. The Company reported net income of $11.6 million, or $0.25 diluted EPS, and revenue of $74.8 million for the quarter ending June 30, 2010.

36. On December 1, 2010, A-Power issued a press release announcing its third quarter 2010 financial results. The Company reported a net loss of ($1) million, or ($0.02) diluted EPS, and that revenues had decreased to $57.3 million for the quarter ending September 30, 2010. Additionally, the Company lowered its guidance forecast for 2010 sales of $310 million versus its original forecast of $500 million. The Company attributed this to lower-than-expected wind turbine sales. The release stated in part:

> Mr. Jinxiang Lu, A-Power's Chairman and CEO said, "A-Power's results in the third quarter were less than we hoped we would achieve. The shortfall was due mainly to lower revenues in our Distributed power generation segment because of the timing of work under contracts, and to less-than-planned sales in our Wind power segment. Although Wind power achieved revenues of $15.5 million in the third quarter, we had assumed we would be able to book revenues from a major customer, Spinning Star LLC. However to date, Spinning Star has been unable to secure the expected construction financing for its wind farm project in Texas.
>
> "We believe our strategy to benefit from alternative power generation, in the forms of distributed power, wind power, and photovoltaic solar power, continues to be valid for the Company's long-term success and is in the best interests of our shareholders. Our design, engineering, suppliers, and operations are all in very good shape and remain competitive in the marketplace."

37. On this news, A-Power's stock dropped $1.62 per share to close at $4.74 per share on December 1, 2010, a decline of 26% on high volume.

38.     On April 7, 2011, A-Power issued a press release announcing a delay in the reporting of its 2010 financial results, stating in part:

> Mr. Kin Kwong (Peter) Mak, A-Power's Chief Financial Officer, said, "The scope of the audit field work that is necessary to bring the audit of our 2010 financial statements to a conclusion was not immediately recognized when the conference call was initially scheduled to discuss our results. After learning from both our internal team and from our outside professional advisers that the work on the financial statements and conclusion of the audit could not be completed prior to the date we had previously scheduled for release, we, of necessity, postponed the conference call and the release of the financial results for 2010.
>
> "While we very much regret the delay and confusion caused by our premature announcement of the conference call, it is most important that our financial statements for the year ended December 31, 2010 are completed with all due care and that these financial statements are accurate and reliable when they are released.
>
> "I again confirm that the delay was not the result of any accounting irregularities or investigation of accounting errors, nor do we expect any restatement of A-Power's previously audited financial statements as a result of the ongoing audit processes for 2010."

39.     On June 17, 2011, A-Power issued a press release announcing that a member of the Board, Robert G. Leckie, had resigned from the Company's Board of Directors, due to his views on process and best practices not being shared throughout the Company.

40.     On this news, A-Power stock dropped $0.40 per share to close at $1.85 per share on June 17, 2011– a one day decline of over 17% on volume of nearly 2.2 million shares.

41.     On June 17, 2011, *Seeking Alpha* published an article, which stated in part:

- APWR has a history of internal weaknesses over financial controls, which has resulted in an adverse opinion from A-Power's independent auditor. A-Power's auditor issued an adverse opinion in the 2009 audit and APWR has yet to publish its 2010 audited financial statements.

- Management's compensation structure is egregious, offering enormous bonuses on an all-or-none basis for achieving lofty performance goals.

- SAIC filings show that APWR is reporting significantly lower revenue and profit to the authorities in China. For 2009, SAIC filings showed

> approximately $25 million of revenue, compared to $311 million in SEC filings.

> \*   \*   \*

> Businesses that operate in China file their financial statements with the State Administration for Industry and Commerce. These statements are an excellent place to start piecing together the truth. Reputable Chinese companies submit financial statements to the SAIC that resemble those published in the US. APWR's filings in China indicate that APWR is earning a tiny fraction of the revenue reported to the SEC and is potentially generating millions of dollars of losses rather than profits.

42. On this news, the Company's stock closed at $1.74 per share on June 20, 2011.

43. Then, on June 27, 2011, A-Power issued a press release announcing the resignation of the Company's auditor, MSCM. The release stated in part:

> A-Power Energy Generation Systems, Ltd. ("A-Power" or the "Company"), a leading provider of distributed power generation systems in China and a manufacturer of wind turbines, today announced that its independent auditor, MSCM LLP, has resigned. In its letter to the Company dated June 26, 2011, MSCM stated that it had resigned because the Company had not retained a qualified independent forensic accounting firm to evaluate certain business transactions that MSCM stated was necessary for MSCM to complete its audit of the Company's financial statements for the year ended December 31, 2010 on a timely basis.

> In light of MSCM's withdrawal, A-Power and members of the Audit Committee of the Board of Directors will be meeting with other qualified independent auditing firms. The Company will announce its new independent auditor after the Audit Committee has selected a firm and an audit engagement contract has been entered into between the Company and that firm.

> As a result of MSCM's resignation, the Company's annual report on Form 20-F for the year 2010 will be delayed beyond June 30, 2011, the date the filing is due at the Securities and Exchange Commission. A-Power greatly regrets this delay and will work as rapidly as possible with a new independent auditor to complete the audit of its financial statements for the year 2010 and to then file its annual report on Form 20-F.

44. After this news, on June 27, 2011, after the market closed, NASDAQ halted trading of A-Power stock at $1.67 per share due to the resignation of the Company's auditor, which forced the delay of its annual report.

45.  Then, on June 28, 2011, the Company announced the resignation of two more of its directors. The release stated in part:

> A-Power Energy Generation Systems, Ltd. ("A-Power" or the "Company"), a leading provider of distributed power generation systems in China and a manufacturer of wind turbines, today announced that two independent directors on its board of directors have resigned, effective June 27, 2011. The board of directors has accepted their resignations.
>
> Mr. Remo Richli has resigned as a director of A-Power and as chair of the board's audit committee. Mr. Richli stated that his resignation was based on his understanding of events that occurred over the past few weeks, including the resignation of the Company's independent auditor. He also stated that he did not agree with the course of action that the Company has proposed to take in response to recent events.
>
> Mr. Dilip R. Limaye has regretfully resigned as a director of A-Power and as chair of the board's compensation committee. He stated that his decision to resign was prompted by the events of the last several weeks about which he communicated his concerns and views on actions that should be taken.
>
> Mr. Jinxiang Lu, A-Power's Chairman and Chief Executive Officer, said, "Regretfully, we have accepted the resignations of Mr. Richli and Mr. Limaye and understand their concerns and reservations. We thank them for their contributions to the board and wish them well as they continue their careers."

46.  The true facts, which were known by the defendants but concealed from the investing public during the Class Period, were as follows:

   (a)  A-Power improperly accounted for its related-party transactions such that its financial statements were presented in violation of GAAP; and

   (b)  A-Power's revenues and income were misstated in violation of GAAP.

47.  As a result of defendants' false statements, A-Power's stock traded at artificially inflated levels during the Class Period. However, after the above revelations seeped into the market, the Company's shares were hammered by massive sales, sending them down nearly 92% from their Class Period high.

## LOSS CAUSATION

48. During the Class Period, as detailed herein, the defendants made false and misleading statements and engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of A-Power common stock and operated as a fraud or deceit on Class Period purchasers of A-Power common stock by misrepresenting the Company's business and prospects. Later, when the defendants' prior misrepresentations and fraudulent conduct became apparent to the market, the price of A-Power common stock fell precipitously, as the prior artificial inflation came out of the price over time. As a result of their purchases of A-Power common stock during the Class Period, plaintiff and other members of the Class suffered economic loss, *i.e.*, damages, under the federal securities laws.

## COUNT I

### For Violation of §10(b) of the 1934 Act and Rule 10b-5
### Against All Defendants

49. Plaintiff incorporates ¶¶1-48 by reference.

50. During the Class Period, defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

51. Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

    (a) employed devices, schemes and artifices to defraud;

    (b) made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c) engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of A-Power common stock during the Class Period.

52. Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for A-Power common stock. Plaintiff and the Class would not have purchased A-Power common stock at the prices they paid, or at all, if they had been aware that the market price had been artificially and falsely inflated by defendants' misleading statements.

### COUNT II

#### For Violation of §20(a) of the 1934 Act
#### Against All Defendants

53. Plaintiff incorporates ¶¶1-52 by reference.

54. The Individual Defendants acted as controlling persons of A-Power within the meaning of §20(a) of the 1934 Act. By virtue of their positions with the Company, and ownership of A-Power stock, the Individual Defendants had the power and authority to cause A-Power to engage in the wrongful conduct complained of herein. A-Power controlled the Individual Defendants and all of its employees. By reason of such conduct, defendants are liable pursuant to §20(a) of the 1934 Act.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment as follows:

A. Declaring this action to be a proper class action pursuant to Fed. R. Civ. P. 23;

B. Awarding plaintiff and the members of the Class damages, including interest;

C. Awarding plaintiff reasonable costs and attorneys' fees; and

D.     Awarding such equitable/injunctive or other relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

DATED: July 5, 2011                    THE O'MARA LAW FIRM, P.C.
                                       WILLIAM M. O'MARA
                                       DAVID C. O'MARA


                                              /s/ David C. O'Mara
                                       DAVID C. O'MARA, ESQ.

                                       311 East Liberty Street
                                       Reno, NV 89501
                                       Telephone: 775/323-1321
                                       775/323-4082 (fax)

                                       ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                       DARREN J. ROBBINS
                                       DAVID C. WALTON
                                       655 West Broadway, Suite 1900
                                       San Diego, CA 92101
                                       Telephone: 619/231-1058
                                       619/231-7423 (fax)

                                       LAW OFFICES OF CURTIS V. TRINKO, LLP
                                       CURTIS V. TRINKO
                                       16 West 46th Street, 7th Floor
                                       New York, NY 10036
                                       Telephone: 212/490-9550
                                       212/986-0158 (fax)

                                       Attorneys for Plaintiff

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, **ELLIOT GREENBERG**, hereby certify as follows:

1. Plaintiff has reviewed a draft complaint involving the securities of A-Power Energy Generation Systems Ltd. ("APWR"),and has authorized the filing of a similar complaint.

2. Plaintiff did not purchase, or otherwise acquire, the securities of A-Power Energy Generation Systems Ltd. that are the subject of this action, at the direction of plaintiff's counsel, or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class, and will provide testimony at a deposition and/or at trial, if necessary.

4. Plaintiff's transactions in the securities that are the subject of this litigation, are listed as follows:

   a). Plaintiff purchased 1,200 shares of APWR on January 21, 2010 at $14.145 per share.

   b). Plaintiff sold 1,200 shares of APWR on May 21, 2010 at $7.4317 per share.

5. During the three years prior to the date hereof, plaintiff has not filed an action in which he has sought to serve, or has served, as a representative party for a class in any action filed under the federal securities laws, except for those listed below:

   Elliot Greenberg v. China Valves Technology, Inc., et al., Civil Action No. 1:11-CV-1564(LAK), pending the U.S. District Court for the Southern District of New York; and

   Elliot Greenberg v. Yongye International, Inc., et al., Civil Action No. 11-CV-3616(RJS), pending in the U.S. District Court for the Southern District of New York.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond his pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this __28__ day of June, 2011 at __5:30 PM__.

_____

_/s/ Elliot Greenberg_
ELLIOT GREENBERG